# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2013

## NO. 03-11-00836-CR

**William Henry Zientek, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF MILAM COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the written motion of the appellant to dismiss the appeal and the same being considered, because it is the opinion of this Court that the same should be granted: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appellant be allowed to withdraw his notice of appeal and that the appeal be dismissed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.